IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF ALABAMA

IN RE:                                                                         CHAPTER 13 CASE
                                                                                    NO. 10-30571-DHW

**WILLIE JACKSON, JR.,**
XXX-XX-5966

       **Debtor(s).**

## TRUSTEE'S OBJECTION TO CONFIRMATION

COMES NOW, the Trustee, by and through the undersigned counsel, and pursuant to 11 U.S.C. §1325(b) objects to confirmation of the debtor(s) plan as filed. As grounds for said objection, the Trustee states as follows:

1. The debtor(s) filed a petition seeking relief under Chapter 13 of the United States Bankruptcy Code on March 8, 2010.

2. The debtor(s) §341 Meeting of Creditors was held April 22, 2010.

3. Debtor(s) plan proposes to pay 0% for the benefit of unsecured creditors with plan payments of $265.00 per month.

4. Debtor is paying Green Tree through the plan and the entire debt is being paid from Court Claim #1.

5. Court Claim #2 and #3 of Green Tree are for arrearage and insurance which should be included in Court Claim #1, but the creditor filed separate duplicate claims. As of this date, debtor has not objected to these two claims.

WHEREFORE, the above premises considered, Trustee prays this Honorable Court will deny confirmation as there are no provisions for Court Claim #2 and #3 for which debtor needs to file an objection as the arrears and insurance would be included in Court Claim #1 of Green Tree.

Respectfully submitted this 17th day of May 2010.

Curtis C. Reding
Standing Chapter 13 Trustee

By: /s/ Sabrina L. McKinney
Sabrina L. McKinney
Staff Attorney
ASB-3162-I71S

Office of the Chapter 13 Trustee
166 Commerce St., Ste. 202
P. O. Box 173
Montgomery, AL 36101-0173
Phone: 334-262-8371
Fax: 334-834-7635
Email: mckinneys@ch13mdal.com

CERTIFICATE OF SERVICE

I, Sabrina L. McKinney, certify that a copy of the foregoing TRUSTEE'S OBJECTION TO CONFIRMATION has been served on the parties listed below either by electronic filing or by placing same in the United States Mail, postage prepaid and properly addressed, this 17th day of May 2010.

/s/ Sabrina L. McKinney
Sabrina L. McKinney

Willie Jackson, Jr.
617 Bob Rd.
Prattville, AL 36067

Richard Shinbaum (electronic filing)