# IN THE UNITED STATES BANKRUPTCY COURT
## Middle District of Alabama

| | |
|---|---|
| **In the Matter of**: | } |
| | } Case No. 10-30571 |
| Willie Jackson, Jr. | } |
| | } Chapter 13 |
| | } |
| **Debtor(s)** | } |

**PURSUANT TO LBR 3007-1, THE COURT WILL TAKE THIS OBJECTION UNDER ADVISEMENT AND RULE, WITHOUT FURTHER NOTICE OR HEARING, UNLESS THE CLAIMANT FILES WITH THE COURT, WITH SERVICE UPON THE OBJECTING PARTY, A RESPONSE WITHIN 30 DAYS OF SERVICE OF THIS OBJECTION.**

### Objection to Claim No. 2 & 3
### Of Creditor GREENTREE

COMES NOW the Debtor, by and through attorney, and hereby files an Objection to the Claim number of GREENTREE and as grounds for said Objection will state as follows:

1. The Debtor filed a Chapter 13 bankruptcy on March 8, 2010 proposing to cram down the entire debt to Greentree through the Chapter 13 plan.

2. The Creditor filed Claim No. 1 for the full balance owed and also filed Claim No. 2 as an arrears claim in the amount of $427.13 and Claim No. 3 as an insurance premium claim in the amount of $514.94.

3. The claims are improper as the arrearage claims should be included in the full balance claim according to the Creditor's treatment under the plan.

WHEREFORE premises considered, the Debtor moves this Court to disallow Claim No. 2 & 3 in full as it would be a duplicate of Claim No. 1.

Respectfully submitted,

/s/ Richard D. Shinbaum
*Attorney for Debtor*:
Richard D. Shinbaum
Shinbaum, McLeod & Campbell, P.C.
566 South Perry Street
Post Office Box 201
Montgomery, AL 36101-0201
334-269-4440

## CERTIFICATE OF SERVICE

I hereby certify that I have served a copy of the above foregoing motion on all parties

listed below by CM/ECF on this day May 19, 2010.

Chapter 13 Trustee, Curtis C. Reding
Bankruptcy Administrator, Teresa Jacobs

GREENTREE
P O BOX 0049
Palatine, IL  60055-0049