UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: ) CHAPTER 13
   WILLIE JACKSON, Jr. )
) CASE NO. 10-30571-DHW-13
   Debtor(s). )

## RESPONSE TO OBJECTION TO CLAIM

Now Comes the Movant, GREEN TREE SERVICING L.L.C., a creditor herein, by its attorneys, Chambless Math ❖ Carr, P.C. and for its Response to the Objection to Claim, states as follows:

1. The debtor has filed an objection to Court Claims 2 and 3 filed by this creditor.

2. As the confirmed plan in this case, provides for this creditor's claim to be crammed down to the value of the collateral, Court Claim #2 filed for the pre-petition arrears is due to be disallowed.

3. Court Claim #3 was filed for the premium charges associated with a forced place insurance policy. As the debtor has not provided proof of outside insurance, this claim should be allowed as filed and the debtor should amend his plan to provide for payment of this claim.

WHEREFORE, Movant moves for an Order Overruling to the Objection to Claim, along with such further and other relief which the Court may deem proper.

                                          GREEN TREE SERVICING L.L.C.

                                          /s/ Leonard N. Math
                                          By: Leonard N. Math

Of Counsel:
Chambless Math ❖ Carr, P.C.
P.O. Box 230759
Montgomery, Alabama 36123-0759
334-272-2230

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing instrument was served on all attorneys of record as set forth below by electronic notice and\or by depositing a copy thereof in the United States mail postage prepaid on May 31, 2010.

Adam M. Goodman
Chapter 13 Trustee
260 Peachtree Street, Ste 200
Atlanta GA 30303

Richard D. Shinbaum
SHINBAUM, McLEOD & CAMPBELL
P.O. BOX 201
MONTGOMERY AL 36101

WILLIE JACKSON, Jr.
617 BOB ROAD
PRATTVILLE AL 36067

/s/ Leonard N. Math
Chambless Math ❖ Carr, P.C.