**UNITED STATES BANKRUPTCY COURT**
**MIDDLE DISTRICT OF ALABAMA**

In re                                              Case No. 10-30571-DHW
                                                   Chapter 13
WILLIE JACKSON,

    Debtor.


## ORDER DISALLOWING CLAIM

The debtor filed an objection to the claim of GreenTree.

The objection came on for hearing on August 2, 2010, at which time the creditor consented to disallowance of Claim No. 2. Accordingly, it is

ORDERED that the objection is SUSTAINED, and Claim No. 2 filed by GreenTree is DISALLOWED.

Done this 5 day of August, 2010.

                                          /s/ Dwight H. Williams, Jr.
                                          United States Bankruptcy Judge

c: Debtor
   Richard D. Shinbaum, Attorney for Debtor
   Leonard N. Math, Attorney for Creditor
   Curtis C. Reding, Trustee