UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                               Case No. 10-30571-DHW
                                                    Chapter 13
WILLIE JACKSON,

    Debtor.

## ORDER ON OBJECTION TO CLAIM

The debtor filed an objection to Claim No. 3 filed by Greentree.

The objection came on for hearing on August 4, 2010.

Counsel for the creditor stated that Claim No. 3 filed by Greentree provided for forced place insurance. The debtor has amended his plan to provide for this debt. Accordingly, it is

ORDERED that Claim No. 3 filed by Greentree is amended to the amount provided for in the debtor's July 29, 2010 modified plan.

Done this 6 day of August, 2010.

                                                    /s/ Dwight H. Williams, Jr.
                                                  United States Bankruptcy Judge

c: Debtor
   Richard D. Shinbaum, Attorney for Debtor
   Leonard N. Math, Attorney for Creditor
   Curtis C. Reding, Trustee