UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

In re                                           Case No. 10-30571 -DHW
                                             Chapter 13
WILLIE JACKSON, JR.,

       Debtor.

## ORDER REOPENING CASE

The debtor filed a Motion to Reopen (Doc. #47) the above-referenced case so that he file his financial management certificate and motion for discharge. Upon consideration of the motion, it is

ORDERED that the motion is GRANTED and the debtor has 14 days from the date of this order to file his financial management certificate and motion for discharge.

Done this 5th day of February, 2015.

/s/ Dwight H. Williams, Jr.
United States Bankruptcy Judge

c:      Debtor
         Richard D. Shinbaum, Attorney for Debtor
         Curtis C. Reding, Trustee
         Teresa R. Jacobs, Bankruptcy Administrator
         All Creditors

```
                              United States Bankruptcy Court
                               Middle District of Alabama
In re:                                                            Case No. 10-30571-DHW
Willie Jackson                                                    Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 1127-2        User: csanders           Page 1 of 1          Date Rcvd: Feb 05, 2015
                            Form ID: pdfALL          Total Noticed: 16
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 07, 2015.
```
db          +Willie Jackson, Jr.,   617 Bob Road,    Prattville, AL 36067-7931
2063690     +CITI AUTO,   PO BOX 1437,    Minneapolis, MN 55440
2063691      CITIFINANCIAL,   569 MCQUEEN SMITH ROAD S,    Prattville, AL 36066-5560
2063685      EQUIFAX INFORMATION SERVICES LLC,   P.O. BOX 740241,    Atlanta, GA 30374-0241
2063687      EXPERION,   P.O. BOX 9701,   Allen, TX 75013-9701
2063693     +HOLLOWAY & MOXLEY,   PO BOX 4953,    Montgomery, AL 36103-4953
2063686     +TRANSUNION CONSUMER SOLUTIONS,   P.O. BOX 2000,    CHESTER, PA 19016-2000
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
2063688         E-mail/Text: g17768@att.com Feb 05 2015 20:44:01     AT&T,   P.O. Box 105503,
                 Atlanta, GA 30348-5503
2070370         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 05 2015 20:48:26
                 American Infosource Lp As Agent for,    T Mobile/T-Mobile USA Inc,   PO Box 248848,
                 Oklahoma City, OK  73124-8848
2063689        +E-mail/Text: barrolawbk@gmail.com Feb 05 2015 20:44:30     BARROW LAW,   400 TRAVIS ST, #1004,
                 Shreveport, LA 71101-3139
2143698        +E-mail/Text: g17768@att.com Feb 05 2015 20:44:01     Bellsouth Telecommunications, Inc.,
                 AT&T Attorney: James Grudus, Esq.,    AT&T Inc.,   One AT&T Way, Room 3A218,
                 Bedminster, NJ 07921-2694
2063692         E-mail/Text: bankruptcy.bnc@gt-cs.com Feb 05 2015 20:44:07     GREENTREE,   P O BOX 0049,
                 Palatine, IL 60055-0049
2063694        +E-mail/Text: bankruptcy@icsystem.com Feb 05 2015 20:44:33     I.C. SYSTEMS, INC.,
                 C/O IC SYSTEMS, INC.,    P.O. BOX 64378,   ST. PAUL, MN 55164-0378
2063696         E-mail/Text: bankruptcydepartment@ncogroup.com Feb 05 2015 20:44:23     NCO FIN/99,
                 P O BOX 41466,   PHILADELPHIA, PA 19101
2063695         E-mail/Text: bankruptcydpt@mcmcg.com Feb 05 2015 20:44:17     MIDLAND,   5775 ROSCOE COURT,
                 San Diego, CA 92123-1356
2068723        +E-mail/Text: bankruptcydpt@mcmcg.com Feb 05 2015 20:44:17     Midland Credit Management, Inc.,
                 8875 Aero Drive, Suite 200,   San Diego, CA 92123-2255
                                                                                            TOTAL: 9

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2063697      ##+PLAZA ASSOCIATES,    PO BOX 18008,   Hauppauge, NY 11788
                                                                                  TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 07, 2015                             Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 5, 2015 at the address(es) listed below:
```
              Bankruptcy Administrator    ba@almb.uscourts.gov
              Curtis C. Reding    trustees_office@ch13mdal.com
              Leonard N Math    on behalf of Creditor   Greentree Servicing, L.L.C. noticesmd@chambless-math.com
              Richard D. Shinbaum    on behalf of Debtor Willie  Jackson, Jr. rshinbaum@smclegal.com,
               smclegalecf@gmail.com
                                                                                            TOTAL: 4
```